UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**
NOV 03 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| CROW INDIAN TRIBE et al, | CV-17-089-M-DLC |
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA et al, | |
| Defendants. | |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS ORDERED:

1. This case remains assigned to the Honorable Dana L. Christensen, United States District Judge, for all further proceedings and entry of judgment.

2. The Clerk of Court is directed to forthwith notify the parties of the making of this order.

DATED this 3rd day of November, 2017.

Dana L. Christensen, Chief Judge
United States District Court