IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Federal-Defendants,<br><br>and<br><br>STATE OF WYOMING,<br><br>Defendant-Intervenor. | CV 17–89–M–DLC<br><br>(Consolidated with Case Nos.<br>CV 17–117–M–DLC,<br>CV 17–118–M–DLC,<br>CV 17–119–M–DLC,<br>and CV 17–123–M–DLC) |

On November 13, 2017, the Court granted Defendant-Intervenor State of Wyoming's *pro hac vice* motion. (Doc. 33.) The Order stated that it was subject to withdrawal unless Erik E. Petersen filed a separate pleading within 15 days acknowledging his admission under the terms of the Order. Mr. Petersen has not filed a notice with this Court.

Accordingly, IT IS ORDERED that Document 33 is subject to withdrawal

unless Mr. Petersen files a separate pleading acknowledging his admission on or before December 22, 2017.

DATED this 11th day of December, 2017.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court