COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
DEVON L. FLANAGAN, Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, Oregon 97204-2902
Tel: (503) 727-1023 | Fax: (503) 727-1117
Email: Coby.Howell@usdoj.gov
[Additional counsel listed on signature page]
***Attorneys for Federal Defendants***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE, CROW CREEK SIOUX TRIBE, STANDING ROCK SIOUX TRIBE, PIIKANI NATION, THE CRAZY DOG SOCIETY, HOPI NATION BEAR CLAN, NORTHERN ARAPAHO ELDERS SOCIETY, DAVID BEARSHIELD, KENNY BOWEKATY, LLEVANDO FISHER, ELISE GROUND, ARVOL LOOKING HORSE, TRAVIS PLAITED HAIR, JIMMY ST. GODDARD, PETE STANDING ALONE, and NOLAN YELLOW KIDNEY, et. al.,<br><br>       Plaintiffs<br><br>  v.<br><br>UNITED STATES OF AMERICA, RYAN ZINKE, Secretary, U.S. Department of the Interior, UNITED STATES DEPARTMENT OF THE | Case No. 9:17-cv-00089-DLC-JCL<br><br>**FEDERAL DEFENDANTS' MOTION TO STAY** |

| INTERIOR, JIM KURTH, Acting Director, U.S. Fish and Wildlife Service, UNITED STATES FISH AND WILDLIFE SERVICE, and HILARY COOLEY, Grizzly Bear Recovery Coordinator, |
| --- |
| Federal Defendants. |

Federal Defendants seek a stay in the above captioned case, as well as *Humane Society v. U.S. Fish and Wildlife Services*, CV 17-117-M-DLC; *N. Cheyenne Tribe v. Zinke*, CV 17-119-M-DLC; *Alliance for the Wild Rockies v. Zinke*, CV 17-123-M-DLC; *WildEarth Guardians v. Zinke*, CV 17-118-M-DLC.

For the reasons discussed in the memorandum in support of Federal Defendant's motion to stay and the supporting Declaration of Dr. Hilary Cooley, the Court should stay proceedings in these consolidated cases and order Federal Defendants to file a status report on or before April 13, 2018, updating the Court on FWS's administrative process and proposing a schedule for the remainder of the litigation.

Federal Defendants have conferred with the parties regarding this motion. Plaintiffs oppose the stay. Defendant-Intervenors, the State of Idaho and Safari Club International/National Rifle Association, do not

oppose. The State of Wyoming takes no position on the motion until it has a chance to review the pleading.

DATED: December 21, 2017.

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

SETH M. BARSKY, Chief
MEREDITH L. FLAX, Ass't Section Chief

*/s/ Coby Howell*
COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, Oregon 97204-2902
Tel: (503) 727-1023 | Fax: (503) 727-1117
Email: Coby.Howell@usdoj.gov

MICHAEL R. EITEL, Sr. Trial Attorney
DEVON L. FLANAGAN, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1479 | Fax: (303) 844-1350
Email: Michael.Eitel@usdoj.gov;
Devon.Flanagan@usdoj.gov

3

Of Counsel:
Tyson Powell
Office of the Solicitor
Department of the Interior

***Attorneys for Federal Defendants***

## **CERTIFICATE OF SERVICE & COMPLIANCE**

I hereby certify that on December 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the attorneys of record.

*/s/ Coby Howell*
COBY HOWELL
Senior Trial Attorney
U.S. Department of Justice
