
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Federal-Defendants, <br><br> and <br><br> STATE OF WYOMING; STATE OF IDAHO; SAFARI CLUB INTERNATIONAL and NATIONAL RIFLE ASSOCIATION OF AMERICA, <br><br> Defendant-Intervenors. | CV 17–89–M–DLC <br><br> (Consolidated with Case Nos. <br> CV 17–117–M–DLC, <br> CV 17–118–M–DLC, <br> CV 17–119–M–DLC, <br> and CV 17–123–M–DLC) |

Defendant-Intervenor State of Idaho moves for the admission of Steven W. Strack to practice before this Court in this case with James D. Johnson to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor State of Idaho's motion to admit Steven W. Strack *pro hac vice* (Doc. 46) is GRANTED on the condition that Mr. Strack does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and

participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Strack within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 28th day of December, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court