IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
DEC 28 2017
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| CROW INDIAN TRIBE; et al., <br><br>Plaintiffs, <br><br>vs. <br><br>UNITED STATES OF AMERICA; et al., <br><br>Federal-Defendants, <br><br>and <br><br>STATE OF WYOMING; STATE OF IDAHO; SAFARI CLUB INTERNATIONAL and NATIONAL RIFLE ASSOCIATION OF AMERICA, <br><br>Defendant-Intervenors. | CV 17–89–M–DLC <br><br>(Consolidated with Case Nos. <br>CV 17–117–M–DLC, <br>CV 17–118–M–DLC, <br>CV 17–119–M–DLC, <br>and CV 17–123–M–DLC) |

Defendant-Intervenor State of Idaho moves for the admission of Kathleen W. Trever to practice before this Court in this case with James D. Johnson to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor State of Idaho's motion to admit Kathleen W. Trever *pro hac vice* (Doc. 47) is GRANTED on the condition that Ms. Trever does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear

and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Trever within fifteen (15) days of this Order, files a separate pleading acknowledging her admission under the terms set forth above.

DATED this 28th day of December, 2017.

Dana L. Christensen, Chief District Judge
United States District Court