IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

DEC 2 8 2017

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| CROW INDIAN TRIBE; et al., | CV 17–89–M–DLC |
| Plaintiffs, | (Consolidated with Case Nos. CV 17–117–M–DLC, |
| vs. | CV 17–118–M–DLC, CV 17–119–M–DLC, |
| UNITED STATES OF AMERICA; et al., | and CV 17–123–M–DLC) |
| Federal-Defendants, | |
| and | |
| STATE OF WYOMING; STATE OF IDAHO; SAFARI CLUB INTERNATIONAL and NATIONAL RIFLE ASSOCIATION OF AMERICA, | |
| Defendant-Intervenors. | |

Defendant-Intervenor Safari Club International moves for the admission of

Douglas S. Burdin to practice before this Court in this case with Robert T. Bell to

act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor Safari Club

International's motion to admit Douglas S. Burdin *pro hac vice* (Doc. 53) is

GRANTED on the condition that Mr. Burdin does his own work. This means that

he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs;

and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Burdin within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 28th day of December, 2017.

Dana L. Christensen, Chief District Judge
United States District Court