IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
DEC 28 2017
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| CROW INDIAN TRIBE; et al., | CV 17–89–M–DLC |
| Plaintiffs, | (Consolidated with Case Nos. CV 17–117–M–DLC, |
| vs. | CV 17–118–M–DLC, CV 17–119–M–DLC, |
| UNITED STATES OF AMERICA; et al., | and CV 17–123–M–DLC) |
| Federal-Defendants, | |
| and | |
| STATE OF WYOMING; STATE OF IDAHO; SAFARI CLUB INTERNATIONAL and NATIONAL RIFLE ASSOCIATION OF AMERICA, | |
| Defendant-Intervenors. | |

Defendant-Intervenor National Rifle Association of America moves for the admission of Michael T. Jean to practice before this Court in this case with Robert T. Bell to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor National Rifle Association of America's motion to admit Michael T. Jean *pro hac vice* (Doc. 54) is GRANTED on the condition that Mr. Jean does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs;

and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Jean within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 28th day of December, 2017.

Dana L. Christensen, Chief District Judge
United States District Court