

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Defendants.<br>and<br><br>STATE OF WYOMING; STATE OF IDAHO; SAFARI CLUB INTERNATIONAL and NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Defendant-Intervenors. | CV 17–89–M–DLC<br><br>(Consolidated with Case Nos. CV 17–117–M–DLC, CV 17–118–M–DLC, CV 17–119–M–DLC, and CV 17–123–M–DLC)<br><br>ORDER |

Federal Defendants have moved for a stay of briefing on the Humane Society of the United States' motion for partial summary judgment. (Doc. 92.) Federal Defendants request the stay because this particular motion was not contemplated in the parties' case management statements and it has the potential to create further duplicative, uncoordinated, and inefficient filings. (Doc. 92 at 2–3.) The Human Society opposes the motion and argues that the Federal Defendants' motion to stay briefing is identical to their original motion to stay

-1-

regarding the U.S. Fish and Wildlife Service's post-decisional public comment solicitation, and further contend that their motion for partial summary judgment is warranted and not in contravention to this Court's consolidation order dated November 13, 2017.

On January 19, 2018, Defendant-Intervenor State of Wyoming moved the Court to clarify its January 18, 2018 Order and address the Federal Defendants' Motion to Stay Summary Judgment Briefing or, in the Alternative, for an Extension of Time (Doc. 92.) The State of Wyoming contends that responses to the motion for partial summary judgment are due on January 29, 2018, and because the Court set a hearing date regarding the first motion to stay, it is unclear whether the parties must brief the summary judgment motion in the interim. (Doc. 96 at 2.)

The Court acknowledges that the Humane Society's motion for partial summary judgment is not untimely filed, but in efforts to manage this case efficiently and effectively, it is the Court's intent for briefing in this case to be done in a consolidated manner. Consequently, all further briefing regarding the Motion for Partial Summary Judgement (Doc. 89) is stayed.

Accordingly, IT IS ORDERED that the Federal Defendant's Motion to Stay Summary Judgment Briefing or, in the Alternative, for an Extension of Time (Doc. 92) is GRANTED. All further briefing is STAYED until the Court has addressed

and ruled on Federal Defendants' first Motion to Stay (Doc. 61).

DATED this 19th day of January, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court