IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
JAN 19 2018
Clerk, U.S District Court
District Of Montana
Missoula

CROW INDIAN TRIBE; et al.,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA; et al.,

    Defendants.

and

STATE OF WYOMING; STATE OF IDAHO; SAFARI CLUB INTERNATIONAL and NATIONAL RIFLE ASSOCIATION OF AMERICA,

    Defendant-Intervenors.

CV 17–89–M–DLC

(Consolidated with Case Nos.
CV 17–117–M–DLC,
CV 17–118–M–DLC,
CV 17–119–M–DLC,
and CV 17–123–M–DLC)

ORDER

    Defendant-Intervenor State of Wyoming moves for the admission of D. David DeWald to practice before this Court in this case with Adrian A. Miller to act as local counsel. The application appears to be in order.

    Accordingly, IT IS ORDERED that Defendant-Intervenor State of Wyoming's motion to admit D. David DeWald pro hac vice (Doc. 95) is GRANTED on the condition that Mr. DeWald does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and

briefs; and (3) appear and participate personally.   Counsel shall take steps to register in the Court's electronic filing system (CM-ECF).   Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. DeWald within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 19th day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court