**Tim Fox**
Attorney General of Montana
**Jeremiah Weiner**
Assistant Attorney General
PO Box 201401
Helena, MT 59620-1401
ph: (406) 444-2026
timfox@mt.gov; jweiner2@mt.gov

**Rebecca Dockter**
Chief Legal Counsel
**William Schenk**
Agency Legal Counsel
Special Assistant Attorneys General
Montana Department of Fish, Wildlife and Parks
PO Box 200701
Helena, MT 59620-0701
ph: (406) 444-4047; 444-3312
rdockter@mt.gov; bschenk@mt.gov
*Attorneys for State of Montana and
Montana Department of Fish, Wildlife and Parks
Defendant Intervenor Applicants*



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA; et al.<br>Federal-Defendants,<br><br>and<br><br>STATE OF WYOMING,<br>Defendant-Intervenor. | CV 17-89-M-DLC<br><br>(Consolidated with Case Nos.<br>CV-17-117-M-DLC,<br>CV-17-118-M-DLC,<br>CV-17-119-M-DLC,<br>and CV-17-123-M-DLC)<br><br>**STATE OF MONTANA AND<br>MONTANA DEPARMENT OF<br>FISH, WILDLIFE AND PARKS'<br>UNOPPOSED MOTION TO<br>INTERVENE** |

State of Montana and Montana Department of Fish, Wildlife and Parks'          1
Unopposed Motion to Intervene

Pursuant to Fed. R. Civ. P. 24(a) and this Court's Local Rule 24.1, the State of Montana and Montana Department of Fish, Wildlife and Parks ("Montana") move this Court for leave to intervene as a matter of right as Defendants in the above-captioned case. Alternatively, Montana moves this Court for leave to intervene by permission as a Defendant pursuant to Fed. R. Civ. P. 24(b).

As grounds for this motion, Montana states:

1. Montana meets the requirements for intervention of right under Fed. R. Civ. P. 24(a)(2) as more fully set forth in the brief in support that accompanies this motion.

2. Montana alternatively meets the requirements for permissive intervention under Fed. R. Civ. P. 24(b) as more fully set forth in the brief in support.

3. This motion is timely filed as required by Fed. R. Civ. P. 24 as more fully set forth in the brief in support.

4. This motion is being served on all the parties, pursuant to Fed. R. Civ. P. 5, as required by Fed. R. Civ. P. 24(c).

5. This motion is accompanied by Proposed Answers for CV-17-117-M-DLC, CV-17-118-M-DLC, CV-17-119-M-DLC, and CV-17-123-M-DLC that sets forth the defenses for which intervention is sought as required by Fed. R. Civ. P. 24(c). Montana is not filing an Answer in CV 17-89-M-DLC.

6. This motion is accompanied by a proposed order for intervention as required by this Court's Local Rule 7.1(c)(3).

7. Counsel for Montana consulted counsel for all other parties regarding Montana's proposed intervention. Parties either do not take a position or do not oppose Montana's motion to intervene. Accordingly, this motion is unopposed.

Respectfully submitted this 14th day of February 2018.

/s/ William Schenk
**William Schenk**
Agency Legal Counsel

**Rebecca Dockter**
Chief Legal Counsel

**Tim Fox**
Attorney General of Montana

**Jeremiah Weiner**
Assistant Attorney General

## Certificate of Service

I certify that on February 14, 2018, I served a copy of the foregoing document by mail, postage prepaid, upon the following:

**Devon Lea Flanagan**
U.S. DEPARTMENT OF JUSTICE
GENERAL LITIGATION
601 D Street NW
Washington DC 20044

**Coby Howell**
OFFICE OF THE U.S. ATTORNEY
1000 SW Third Ave
Suite 600
Portland, OR 97204-2024

**Peter J. Breuer**
FREDERICKS PEEBLES & MORGAN LLP
1900 Plaza Drive
Louisville, CO 80027

**Michael Thomas Jean**
National Rifle Association of America
11250 Maples Mill Road
Fairfax, VA 22030

**Douglas S. Burdin**
SAFARI CLUB INTERNATIONAL
501 2nd Street NE
Washington, DC 20002

**Adrian Ann Miller**
SULLIVAN MILLER LAW PLLC
3860 Avenue B, Suite C East
Billings, MT 59102

**Erik Edward Petersen**
WYOMING ATTORNEY GENERAL
2320 Capitol Avenue
Cheyenne, WY 82002

**Michael W. Holditch**
FREDERICKS PEEBLES & MORGAN LLP
1900 Plaza Drive
Louisville, CO 80027

**Katie D. Frayler**
FREDERICKS PEEBLES & MORGAN LLP
1900 Plaza Drive
Louisville, CO 80027

**Jeffrey S. Rasmussen**
FREDERICKS PEEBLES & MORGAN LLP
1900 Plaza Drive
Louisville, CO 80027

**Robert T. Bell**
REEP BELL LAIRD & JASPER, P.C.
2955 Stockyard Road
Missoula, MT 59808

**D. David DeWald**
WYOMING ATTORNEY GENERAL
2320 Capitol Avenue
Cheyenne Wy 82002

**Kristine Marie Akland**
AKLAND LAW FIRM, PLLC
PO Box 7274
Missoula MT 59807

**Nicholas Arrivo**
HUMANE SOCIETY OF THE U.S.
1255 23rd Street NW, Suite 450
Washington DC 20037

**Steven W. Strack**
State of Idaho
PO Box 83720
Boise ID 83720-0010

**James David Johnson**
WILLIAMS LAW FIRM
PO Box 9440
Missoula MT 59807-9440

| | |
|---|---|
| **Matthew Kellogg Bishop**<br>WESTERN ENVIRONMENTAL LAW CENTER<br>103 Reeder's Alley<br>Helena MT 59601 | **John R. Mellgren**<br>WESTERN ENVIRONMENTAL LAW CENTER<br>1216 Lincoln Street<br>Eugene OR 97401 |
| **Kelly E. Nokes**<br>WILDEARTH GUARDIANS<br>PO Box 7516<br>Missoula MT 59801 | **Joshua Osborne-Klein**<br>ZIONTZ CHESTNUT VARNELL BERLEY & SLONIM<br>2101 Fourth Avenue, Suite 1230<br>Seattle WA 98121 |
| **Timothy J. Preso**<br>EARTHJUSTICE DEFENSE FUND<br>313 East Main Street<br>Bozeman MT 59715 | **Joshua R. Purtle**<br>EARTHJUSTICE DEFENSE FUND<br>313 East Main Street<br>Bozeman MT 59715 |
| **Timothy M. Bechtold**<br>BECHTOLD LAW FIRM<br>PO Box 7051<br>Missoula MT 59807-7051 | **David A. Bell**<br>BELL LAW FIRM PLLC<br>1917 South Higgins Avenue<br>Missoula MT 59801 |
| **Michael Richard Eitel**<br>U.S. DEPARTMENT OF JUSTICE<br>Environment and Natural Resources Division<br>Wildlife & Marine Resources Section<br>999 18th Street<br>South Terrace Suite 370<br>Denver CO 80202 | **Kathleen E. Trever**<br>OFFICE OF THE ATTORNEY GENERAL<br>600 S. Walnut Street<br>Boise ID 83712 |
| **Rebecca Kay Smith**<br>PUBLIC INEREST DEFENSE CENTER<br>PO Box 7584<br>Missoula MT 59807 | |

/s/ Jessica Snyder

**Jessica Snyder**
Paralegal