IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

MAR 02 2018

Clerk, U.S. Courts
District Of Montana
Missoula Division

|  |  |
|---|---|
| CROW INDIAN TRIBE; et al., | CV 17–89–M–DLC |
| Plaintiffs, | (Consolidated with Case Nos. CV 17–117–M–DLC, CV 17–118–M–DLC, CV 17–119–M–DLC, CV 17–123–M–DLC, and CV 18–16–M–DLC) |
| vs. | |
| UNITED STATES OF AMERICA; et al., | |
| Federal-Defendants, | |
| and | |
| STATE OF WYOMING; et al.; | |
| Defendant-Intervenors. | |

On February 5, 2018, *Aland v. United States Department of the Interior et al.*, CV 18-16-M-DLC, was transferred into this District from the United States District Court Northern District of Illinois, Eastern Division. The case was assigned to the Honorable Donald W. Molloy. On February 28, 2018, Judge Molloy granted Defendants' motion to consolidate in CV 18-16-M-DLC with five consolidated cases currently pending before this Court. On March 2, 2018, the case was reassigned to the undersigned.

It has come to the Court's attention that Plaintiff Aland in CV 18-16-M-

DLC is proceeding pro se. Due to the nature and circumstances of the consolidated cases, the Court finds that it would be difficult and burdensome for Plaintiff Aland to personally serve his pleadings upon all parties in each of the consolidated cases. *See* Local Rule 83.8. Pursuant to Federal Rule of Civil Procedure 5(c), in cases involving numerous defendants, a Court may *sua sponte* order that filing any pleading and serving it on the plaintiff constitutes notice of the pleading to all parties. Fed. R. Civ. P. 5(c)(1)(C). The Court further understands that the clerk of court's office in this District has approved Plaintiff Aland as a pro se litigant to file his pleadings directly to a pro se email within the clerk's office, and a clerk electronically files the pleadings in the respective consolidated cases.

Thus, in order to be efficient and provide Plaintiff Aland with a clear method of serving his pleadings in these six consolidated cases to all parties,

IT IS ORDERED that Plaintiff Aland's obligation to serve all parties will be complete upon the clerk's office filing his documents to all the parties in these consolidated case.

DATED this 2ⁿᵈ day of March, 2018.

Dana L. Christensen, Chief Judge
United States District Court