IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| CROW INDIAN TRIBE; et al., | CV 17–89–M–DLC |
| Plaintiffs, | (Consolidated with Case Nos. CV 17–117–M–DLC, |
| vs. | CV 17–118–M–DLC, CV 17–119–M–DLC, |
| UNITED STATES OF AMERICA; et al., | CV 17–123–M–DLC, and CV 18–16–M–DLC) |
| Federal-Defendants, | |
| and | |
| STATE OF WYOMING; et al.; | |
| Defendant-Intervenors. | |

On February 5, 2018, *Aland v. United States Department of the Interior et al.*, CV 18-16-M-DLC, was transferred into this District from the United States District Court Northern District of Illinois, Eastern Division. The case was assigned to the Honorable Donald W. Molloy. On February 28, 2018, the Court granted Defendants' motion to consolidate in CV 18-16-M-DLC with five consolidated cases currently pending before this Court. On March 2, 2018, the case was reassigned to the undersigned.

Plaintiff Robert H. Aland ("Aland") subsequently filed a motion for

-1-

clarification. (Doc. 121.) Aland is proceeding pro se and seeks clarification whether he is subject to this Court's scheduling order (Doc. 40), or the scheduling order issued by the U.S. District Court for the Northern District of Illinois. As a result of transfer and consolidation, Aland is now subject to this Court's Scheduling Order (Doc. 40). However, because the conflict in the deadlines may have prejudiced Aland, the Court will consider modifying the deadlines at the time of the March 13, 2018 hearing.

The Court will allow Aland to appear telephonically at the March 13, 2018 hearing, and is directed to contact the clerk of court to set up his telephonic appearance.

Accordingly, IT IS ORDERED that Plaintiff Aland may appear telephonically at the March 13, 2018 hearing.

DATED this 12th day of March, 2018.

Dana L. Christensen, Chief Judge
United States District Court