IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
MAR 14 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Federal Defendants.<br>and<br><br>STATE OF WYOMING; et al.,<br><br>Defendant-Intervenors. | CV 17–89–M–DLC<br><br>(Consolidated with Case Nos.<br>CV 17–117–M–DLC,<br>CV 17–118–M–DLC,<br>CV 17–119–M–DLC,<br>CV 17–123–M–DLC<br>and CV 18–16–M–DLC)<br><br>ORDER |

Safari Club International and the National Rifle Association of America ("Safari Club/NRA") have filed a motion for leave to intervene in CV 18-16-M-DLC. The Court has already admitted Safari Club/NRA as Defendant-Intervenors permissively under Fed. R. Civ. P. 24(b). (Doc. 43.) Therefore, since CV 18-16-M-DLC is consolidated with these cases, Safari Club/NRA is deemed a Defendant-Intervenor in all of the cases that have been consolidated.

Accordingly, IT IS ORDERED that Safari Club/NRA's motion to intervene (Doc. 125) is DENIED AS MOOT.

DATED this 14th day of March, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court