IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAR 2 3 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Federal Defendants.<br>and<br><br>STATE OF WYOMING; et al.,<br><br>Defendant-Intervenors. | CV 17–89–M–DLC<br><br>(Consolidated with Case Nos.<br>CV 17–117–M–DLC,<br>CV 17–118–M–DLC,<br>CV 17–119–M–DLC,<br>CV 17–123–M–DLC<br>and CV 18–16–M–DLC)<br><br>ORDER |

Defendant-Intervenor Sportsmen's Alliance Foundation and the Rocky Mountain Elk Foundation moves for the admission of Melinda L. Meade Meyers to practice before this Court in this case with Lon J. Dale and Hannah Stone, of the firm Milodragovich, Dale & Steinbrenner, P.C., to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor's motion to admit Melinda L. Meade Meyers pro hac vice (Doc. 142) is GRANTED on the condition

-1-

that Ms. Meade Meyers does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Meade Meyers within fifteen (15) days of this Order, files a separate pleading acknowledging her admission under the terms set forth above.

DATED this 23rd day of March, 2018.

Dana L. Christensen, District Judge
United States District Court