IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAR 2 3 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| CROW INDIAN TRIBE; et al., | CV 17–89–M–DLC |
| Plaintiffs, | (Consolidated with Case Nos. |
| vs. | CV 17–117–M–DLC, |
| UNITED STATES OF AMERICA; et al., | CV 17–118–M–DLC, |
|  | CV 17–119–M–DLC, |
| Federal Defendants. | CV 17–123–M–DLC |
| and | and CV 18–16–M–DLC) |
| STATE OF WYOMING; et al., | ORDER |
| Defendant-Intervenors. | |

Defendant-Intervenor Wyoming Farm Bureau Federation, Wyoming Stock Growers Association, Charles C. Price, and W&M Thoman Ranches, LLC moves for the admission of Cody J. Wisniewski to practice before this Court in this case with Steven P. Ruffatto, of the firm Crowley Fleck PLLP, to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor's motion to admit Cody J. Wisniewski pro hac vice (Doc. 152) is GRANTED on the condition that Mr. Wisniewski does his own work. This means that he must: (1) do his own

writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Wisniewski within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 23rd day of March, 2018.

Dana L. Christensen, District Judge
United States District Court