IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
MAR 23 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Federal Defendants.<br>and<br><br>STATE OF WYOMING; et al.,<br><br>Defendant-Intervenors. | CV 17–89–M–DLC<br><br>(Consolidated with Case Nos.<br>CV 17–117–M–DLC,<br>CV 17–118–M–DLC,<br>CV 17–119–M–DLC,<br>CV 17–123–M–DLC<br>and CV 18–16–M–DLC)<br><br>ORDER |

Defendant-Intervenor Rocky Mountain Elk Foundation moves for the admission of John I. Kittel to practice before this Court in this case with Hannah Stone, of the firm Milodragovich, Dale & Steinbrenner, P.C., to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor's motion to admit John I. Kittel pro hac vice (Doc. 143) is GRANTED on the condition that Mr. Kittel does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate

personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Kittel within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 23rd day of March, 2018.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court