IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

MAY 17 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Federal Defendants.<br>and<br><br>STATE OF WYOMING; et al.,<br><br>Defendant-Intervenors. | CV 17–89–M–DLC<br><br>(Consolidated with Case Nos.<br>CV 17–117–M–DLC,<br>CV 17–118–M–DLC,<br>CV 17–119–M–DLC,<br>CV 17–123–M–DLC<br>and CV 18–16–M–DLC)<br><br>ORDER |

Before the Court is Plaintiff Aland's Motion to Clarify Court's Order Dated May 14, 2018. (Doc. 179.) Plaintiff Aland requests that the Court remove the phrase "claims that are non-dispositive on these main issues" in the second paragraph of Section II of the Order. (Doc. 179 at 1.) Federal Defendants, Defendant-Intervenors, and other parties take no position with regard to this Motion. Finding good cause appearing,

IT IS ORDERED that the Motion (Doc. 179) is GRANTED. The second paragraph of Section II of the Court's Order dated May 14, 2018 is revised to read:

The Court finds that in an effort to expedite the APA and ESA claims identified in Footnote 2 prior to a potential fall hunting season, bifurcating and staying other claims is appropriate.

DATED this 17th day of May, 2018.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court