

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Federal Defendants. <br> and <br><br> STATE OF WYOMING; et al., <br><br> Defendant-Intervenors. | CV 17–89–M–DLC <br><br> (Consolidated with Case Nos. <br> CV 17–117–M–DLC, <br> CV 17–118–M–DLC, <br> CV 17–119–M–DLC, <br> CV 17–123–M–DLC <br> and CV 18–16–M–DLC) <br><br> ORDER |

Plaintiffs Sierra Club, Center for Biological Diversity, and National Parks Conservation Association and Northern Cheyenne Tribe move for the admission of Beth Baldwin to practice before this Court in this case with Timothy J. Preso, of Earthjustice, to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Beth Baldwin *pro hac vice* (Doc. 232) is GRANTED on the condition that Ms. Baldwin does her own work. This means that she must: (1) do her own writing; (2) sign

her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Baldwin within fifteen (15) days of this Order, files a separate pleading acknowledging her admission under the terms set forth above.

DATED this 20th day of August, 2018.

Dana L. Christensen, Chief Judge
United States District Court