[Submitted by:]

Timothy J. Preso
Joshua R. Purtle
Earthjustice
313 East Main Street
Bozeman, MT 59715
(406) 586-9699 | Phone
(406) 586-9695 | Fax
tpreso@earthjustice.org
jpurtle@earthjustice.org

*Counsel for Plaintiffs Sierra Club, National Parks Conservation Association, and Center for Biological Diversity, and Local Counsel for Plaintiff Northern Cheyenne Tribe*

*(additional counsel listed on signature page)*

Beth Baldwin
Ziontz Chestnut
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 | Phone
(206) 448-0962 | Fax
bbaldwin@ziontzchestnut.com

*Counsel for Plaintiff Northern Cheyenne Tribe*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE, et al., | ) Case No. CV 17-89-M-DLC |
| Plaintiffs, | ) |
| | ) (consolidated with Case Nos. |
| v. | ) CV 17-117-M-DLC, |
| | ) CV 17-118-M-DLC, |
| UNITED STATES OF AMERICA, et al., | ) CV 17-119-M-DLC, and |
| | ) CV 17-123-M-DLC) |
| | ) |
| Federal Defendants, | ) **ORGANIZATIONAL** |
| | ) **PLAINTIFFS' BRIEF IN** |
| and | ) **SUPPORT OF JOINT MOTION** |
| | ) **FOR 14-DAY EXTENSION OF** |
| STATE OF WYOMING, et al. | ) **TEMPORARY RESTRAINING** |
| | ) **ORDER [EXPEDITED RULING** |
| Defendant-Intervenors. | ) **REQUESTED]** |
| | ) |

Plaintiffs in Case Nos. 17-89 (Crow Indian Tribe, et al.), 17-117 (Humane Society of the United States, et al.), 17-118 (WildEarth Guardians), 17-119 (Northern Cheyenne Tribe, et al.), and 17-123 (Alliance for the Wild Rockies, et al.) (collectively, "Organizational Plaintiffs") hereby request that this Court extend its August 30, 2018 temporary restraining order ("TRO") in these consolidated cases for an additional 14 days.  Organizational Plaintiffs also request expedited treatment of this motion to ensure that the requested extension occurs no later than expiration of the existing TRO to prevent grizzly bear hunting activities that this Court has already found present a threat of irreparable harm to grizzly bears and to Organizational Plaintiffs.  Specifically, Organizational Plaintiffs request a ruling by 5:05 p.m. on Thursday, September 13, 2018, at which time the existing TRO would expire if not extended.

This motion should be granted for the following reasons:

1.      Following the summary judgment hearing held by this Court on August 30, 2018, Organizational Plaintiffs moved for a temporary restraining order and preliminary injunction to restrain all Defendants and Defendant-Intervenors from authorizing or implementing grizzly bear hunting, which was scheduled to commence on September 1, 2018.  See ECF No. 252.

2.      This Court granted that motion in part at 5:05 p.m. that same day.  See ECF No. 254.  The Court held that Organizational Plaintiffs had established likely

1

irreparable harm from the planned grizzly bear hunting, that Organizational

Plaintiffs had raised serious questions going to the merits, and that the balance of

equities and public interest favor issuance of injunctive relief under the

Endangered Species Act.  See id. at 2-4.  Accordingly, the Court granted the

Organizational Plaintiffs' motion in part by issuing a TRO restraining and

enjoining Defendants and Defendant-Intervenors from "authorizing and/or

implementing grizzly bear hunting."  Id. at 4.  The Court provided that this TRO

would remain effective for 14 days.  See id.  The Court withheld ruling on

Organizational Plaintiffs' request for a preliminary injunction "or any other more

long-term relief."  Id. at 4-5.

      3.      Federal Rule of Civil Procedure 65(b)(2) provides that a TRO will

expire "at the time after entry … that the court sets, unless before that time the

court, for good cause, extends it for a like period."  Fed. R. Civ. P. 65(b)(2).  "The

reasons for an extension must be entered in the record."  Id.  In assessing good

cause for extension, "a showing that the grounds for originally granting the

temporary restraining order continue to exist should be sufficient."  Charles A.

Wright, et al., Federal Practice & Procedure § 2953 (2018); see United States v.

United Mine Workers of Am., 330 U.S. 258, 301 (1947) (affirming extension of

TRO where argument on contempt proceeding that gave rise to TRO remained "in

progress").

4.      Here, the Court's TRO will expire at 5:05 p.m. on September 13, 2018 unless extended.  <u>See</u> ECF No. 254 at 4-5.  Expiration of the TRO would allow Defendants and Defendant-Intervenors to proceed with grizzly bear hunting that this Court has concluded threatens the grizzly bear and Organizational Plaintiffs with irreparable harm.  <u>See id.</u> at 3.  Expiration of the TRO would allow such irreparable harm to occur before this Court can issue its summary judgment ruling on the merits of Organizational Plaintiffs' claims.  Indeed, the threat of irreparable harm is even greater at this juncture because, absent a TRO, Wyoming's hunting regulation would authorize grizzly bear hunting to commence inside the Yellowstone grizzly bear demographic monitoring area as of September 15.  <u>See</u> Wyo. Admin. Code, Game & Fish Comm'n, Hunting, Ch. 68, § 6.  Further, as this Court has concluded, Organizational Plaintiffs have presented, at a minimum, serious questions going to the merits, and all other requirements for injunctive relief are satisfied.  <u>See</u> ECF No. 254 at 3-4.  In sum, all grounds for original issuance of the Court's TRO continue to exist and therefore good cause exists for its extension.

Accordingly, for the foregoing reasons, Organizational Plaintiffs respectfully request that this Court extend its August 30, 2018 TRO for an additional period of 14 days.

Respectfully submitted this 12th day of September, 2018.

/s/ Timothy J. Preso
Timothy J. Preso
Joshua R. Purtle
Earthjustice
313 East Main Street
Bozeman, MT 59715
(406) 586-9699 | Phone
(406) 586-9695 | Fax
tpreso@earthjustice.org
jpurtle@earthjustice.org

*Counsel for Plaintiffs Sierra Club, Center*
*for Biological Diversity, and National Parks*
*Conservation Association and Local*
*Counsel for Plaintiff Northern Cheyenne*
*Tribe*

Beth Baldwin
Ziontz Chestnut
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 | Phone
(206) 448-0962 | Fax
bbaldwin@ziontzchestnut.com

*Counsel for Plaintiff Northern Cheyenne*
*Tribe*

/s/ Jeffrey S. Rasmussen
Jeffrey S. Rasmussen
Peter J. Breuer
Katie D. Frayler
Michael W. Holditch
1900 Plaza Drive
Louisville, CO 80027
Telephone: (303) 673-9600
Facsimile: (303) 673-9155/9839
Email: pbreuer@ndnlaw.com
Email: jrasmussen@ndnlaw.com
Email: kfrayler@ndnlaw.com
Email: mholditch@ndnlaw.com

*Counsel for Plaintiffs Crow Indian Tribe,
Crow Creek Sioux Tribe, Standing Rock
Sioux Tribe, Piikani Nation, the Crazy Dog
Society, Hopi Nation Bear Clan, Northern
Arapaho Elders Society, David Bearshield,
Kenny Bowekaty, Llevando Fisher, Elise
Ground, Arvol Looking Horse, Travis
Plaited Hair, Jimmy St. Goddard, Pete
Standing Alone, and Nolan Yellow Kidney*

/s/ Matthew K. Bishop
Matthew K. Bishop
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 324-8011 (tel.)
(406) 443-6305 (fax)
bishop@westernlaw.org

*Counsel for Plaintiff WildEarth Guardians*

5

/s/ Nicholas M. Arrivo
Nicholas M. Arrivo
The Humane Society of the United States
1255 23rd St. NW
Washington, DC 20037
(202) 676-2339
narrivo@humanesociety.org

Kristine M. Akland
Akland Law Firm, PLLC
317 E. Spruce St.
P.O. Box 7274
Missoula, MT 59807
(406) 544-9863
aklandlawfirm@gmail.com

*Counsel for Plaintiffs The Humane Society of the United States and The Fund for Animals*

/s/ Timothy M. Bechtold
Bechtold Law Firm, PLLC
PO Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

Rebecca K. Smith
Public Interest Defense Center, P.C.
P.O. Box 7584
Missoula, MT 59807
(406) 531-8133
publicdefense@gmail.com

David A. Bell
1917 S. Higgins Ave
Missoula, MT 59801
(406) 531-0403
BellLawMT@gmail.com

*Counsel for Plaintiffs Alliance for the Wild Rockies, Native Ecosystems Council, and Western Watersheds Project*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(d)(2), I hereby certify that the foregoing brief

contains 668 words, as determined by the word count function of Microsoft Word.

/s/ Timothy J. Preso
Timothy J. Preso

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was today served via the Court's

CM/ECF system on all counsel of record.

/s/ Timothy J. Preso
Timothy J. Preso