IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al., | CV 17-89-M-DLC |
| Plaintiffs, | |
| | (Consolidated with Case Nos. |
| vs. | CV 17-117-M-DLC, |
| | CV 17-118-M-DLC, |
| UNITED STATES OF AMERICA; et al., | CV 17-119-M-DLC, |
| | CV 17-123-M-DLC, |
| Federal Defendants, | and CV 18-16-M-DLC) |
| and | JUDGMENT |
| STATE OF WYOMING; et al., | |
| Defendant-Intervenors. | |

This action came before the Court for hearing or determination

on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, in accordance with the Court's Order

entered this date, that final judgment is entered in favor of the Plaintiffs and each

of the above consolidated cases are closed.

Dated this 23rd day of October, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk