[Submitted by:]

Timothy J. Preso
Joshua R. Purtle
Earthjustice
313 East Main Street
Bozeman, MT 59715
(406) 586-9699 | Phone
(406) 586-9695 | Fax
tpreso@earthjustice.org
jpurtle@earthjustice.org

Beth Baldwin
Ziontz Chestnut
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 | Phone
(206) 448-0962 | Fax
bbaldwin@ziontzchestnut.com

*Counsel for Plaintiff Northern Cheyenne Tribe*

*Counsel for Plaintiffs Sierra Club, Center for Biological Diversity, and National Parks Conservation Association, and Local Counsel for Plaintiff Northern Cheyenne Tribe*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE, et al., | ) |
| Plaintiffs, | ) Case No. CV 17-89-M-DLC |
| | ) |
| v. | ) (consolidated with Case Nos. |
| | ) CV 17-117-M-DLC, |
| UNITED STATES OF AMERICA, et al., | ) CV 17-118-M-DLC, |
| | ) CV 17-119-M-DLC, |
| | ) CV 17-123-M-DLC, and |
| Federal Defendants, | ) CV 18-16-M-DLC) |
| and | ) **ORGANIZATIONAL PLAINTIFFS' UNOPPOSED JOINT MOTION TO EXTEND DEADLINE FOR MOTIONS FOR ATTORNEY FEES AND COSTS** |
| STATE OF WYOMING, et al., | ) |
| Defendant-Intervenors. | ) |

Plaintiffs in Case Nos. 17-89 (Crow Indian Tribe, et al.), 17-117 (Humane Society of the United States, et al.), 17-118 (WildEarth Guardians), 17-119 (Northern Cheyenne Tribe, et al.), and 17-123 (Alliance for the Wild Rockies, et al.) (collectively, "Organizational Plaintiffs") hereby request that this Court extend the deadline for Organizational Plaintiffs' motions for attorney fees and costs. Pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(i), unless a statute or court order provides otherwise, a party has 14 days following the entry of judgment in which to move for an award of fees and costs. Given this Court's entry of judgment on October 23, 2018, see ECF No. 275, Organizational Plaintiffs' attorney fee motions would be due on November 6, 2018, under that rule. By this motion, Organizational Plaintiffs request an extension of this deadline until 30 days following the deadline for appeal or, if an appeal is noticed, 30 days following the final disposition of any appeal.

Counsel for Organizational Plaintiffs has conferred with counsel for the Federal Defendants and Defendant-Intervenors, who stated that they do not oppose this motion.

This motion should be granted pursuant to Federal Rule of Civil Procedure 54(d)(2)(B) in the interest of efficient resolution of the attorney fee issue and judicial economy. Granting the requested extension will facilitate efficient resolution of Organizational Plaintiffs' claims for attorney fees and costs in light of

1

the time remaining for the parties to notice an appeal of this Court's judgment pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), as a motion filed within the ordinary 14-day timeframe specified by Federal Rule of Civil Procedure 54(d)(2)(B)(i) could be superseded by a later-filed notice of appeal.

In the event that no appeal is filed or that the final disposition of any such appeal is in Organizational Plaintiffs' favor, granting the requested extension will promote efficiency and judicial economy by allowing time for Organizational Plaintiffs and the Federal Defendants to pursue settlement discussions aimed at resolving Organizational Plaintiffs' claims for fees and costs without the need for this Court's adjudication of any disputed issues.

Accordingly, for the foregoing reasons, Organizational Plaintiffs respectfully request that this Court extend their deadline for a motion for attorney fees and costs until 30 days following the deadline for appeal or, if an appeal is noticed, 30 days following the final disposition of any appeal. A proposed order accompanies this motion.

Respectfully submitted this 29th day of October, 2018.

/s/ Timothy J. Preso
Timothy J. Preso
Joshua R. Purtle
Earthjustice
313 East Main Street
Bozeman, MT 59715
(406) 586-9699 | Phone
(406) 586-9695 | Fax
tpreso@earthjustice.org
jpurtle@earthjustice.org

*Counsel for Plaintiffs Sierra Club, Center for Biological Diversity, and National Parks Conservation Association and Local Counsel for Plaintiff Northern Cheyenne Tribe*

Beth Baldwin
Ziontz Chestnut
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 | Phone
(206) 448-0962 | Fax
bbaldwin@ziontzchestnut.com

*Counsel for Plaintiff Northern Cheyenne Tribe*

<u>/s/ Jeffrey S. Rasmussen</u>
Jeffrey S. Rasmussen
Peter J. Breuer
Katie D. Frayler
Michael W. Holditch
1900 Plaza Drive
Louisville, CO 80027
Telephone: (303) 673-9600
Facsimile: (303) 673-9155/9839
Email: pbreuer@ndnlaw.com
Email: jrasmussen@ndnlaw.com
Email: kfrayler@ndnlaw.com
Email: mholditch@ndnlaw.com

*Counsel for Plaintiffs Crow Indian Tribe, Crow Creek Sioux Tribe, Standing Rock Sioux Tribe, Piikani Nation, the Crazy Dog Society, Hopi Nation Bear Clan, Northern Arapaho Elders Society, David Bearshield, Kenny Bowekaty, Llevando Fisher, Elise Ground, Arvol Looking Horse, Travis Plaited Hair, Jimmy St. Goddard, Pete Standing Alone, and Nolan Yellow Kidney*


<u>/s/ Matthew K. Bishop</u>
Matthew K. Bishop
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 324-8011 (tel.)
(406) 443-6305 (fax)
bishop@westernlaw.org

*Counsel for Plaintiff WildEarth Guardians*

4

/s/ Nicholas M. Arrivo
Nicholas M. Arrivo
The Humane Society of the United States
1255 23rd St. NW
Washington, DC 20037
(202) 676-2339
narrivo@humanesociety.org

Kristine M. Akland
Akland Law Firm, PLLC
317 E. Spruce St.
P.O. Box 7274
Missoula, MT 59807
(406) 544-9863
aklandlawfirm@gmail.com

*Counsel for Plaintiffs The Humane Society of the United States and The Fund for Animals*

/s/ Timothy M. Bechtold
Bechtold Law Firm, PLLC
PO Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

Rebecca K. Smith
Public Interest Defense Center, P.C.
P.O. Box 7584
Missoula, MT 59807
(406) 531-8133
publicdefense@gmail.com

David A. Bell
1917 S. Higgins Ave
Missoula, MT 59801
(406) 531-0403
BellLawMT@gmail.com

*Counsel for Plaintiffs Alliance for the Wild Rockies, Native Ecosystems Council, and Western Watersheds Project*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was today served via the Court's CM/ECF system on all counsel of record.

/s/ Timothy J. Preso
Timothy J. Preso