Adrian A. Miller
Sullivan Miller Law
3860 Avenue B
Suite C East
Billing, MT 59102
Phone: (406) 403-7066
adrian.miller@sullivanmiller.com

Erik E. Petersen, WSB No. 7-5608
D. David DeWald, WSB No. 7-5538
Senior Assistant Attorneys General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
(307) 777-6946 (phone)
(307) 777-3542 (fax)
erik.petersen@wyo.gov
david.dewald@wyo.gov

*Attorneys for State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Federal Defendants,<br><br>and<br><br>STATE OF WYOMING; et al.,<br><br>Defendant-Intervenors. | CV 17-89-M-DLC<br><br>(Consolidated with Case Nos.<br>CV 17-117-M-DLC,<br>CV 17-118-M-DLC,<br>CV 17-119-M-DLC,<br>CV 17-123-M-DLC,<br>and CV 18-16-M-DLC)<br><br>**NOTICE OF APPEAL** |

1

Please take notice that Defendant-Intervenor State of Wyoming hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's September 24, 2018, Opinion and Order granting Plaintiffs' motions for summary judgment, denying Defendants' cross-motions for summary judgment, and vacating and remanding the Final Rule delisting the Greater Yellowstone Ecosystem grizzly bear, (ECF No. 266); October 23, 2018, judgment in a civil case (ECF No. 275).

Respectfully submitted on this 5th day of December, 2018.

/s/ Adrian A. Miller
Adrian A. Miller
Sullivan Miller Law PLLC
3860 Avenue B
Suite C East
Billings, MT 59102
Phone: (406) 403-7066
Fax: (406) 294-5702
adrian.miller@sullivanmiller.com

Erik E. Petersen, WSB No. 7-5608
D. David DeWald, WSB No. 7-5538
Senior Assistant Attorneys General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
(307) 777-6946 (phone)
(307) 777-3542 (fax)
erik.petersen@wyo.gov
david.dewald@wyo.gov

*Attorneys for State of Wyoming*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2018, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court via the CM/ECF system, which will provide service to counsel for the parties.

/s/ Adrian A. Miller
Sullivan Miller Law PLLC
