Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

December 11, 2018

| | |
|---|---|
| No.: | 18-36030 |
| D.C. Nos.: | 9:17-cv-00089-DLC, 9:17-cv-00117-DLC, 9:17-cv-00118-DLC, 9:17-cv-00119-DLC, 9:17-cv-00123-DLC, 9:18-cv-00016-DLC |
| Short Title: | Crow Indian Tribe, et al v. USA, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 11 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CROW INDIAN TRIBE; CROW CREEK SIOUX TRIBE; STANDING ROCK SIOUX TRIBE; PIIKANI NATION; THE CRAZY DOG SOCIETY; HOPI NATION BEAR CLAN; NORTHERN ARAPAHO ELDERS SOCIETY; DAVID BEARSHIELD; KENNY BOWEKATY; LLEVANDO FISHER; ELISE GROUND; ARVOL LOOKING HOUSE; TRAVIS PLAITED HAIR; JIMMY ST. GODDARD; PETE STANDING ALONE; NOLAN J. YELLOW KIDNEY; ROCKY MOUNTAIN ELK FOUNDATION; HUMANE SOCIETY OF THE UNITED STATES; THE FUND FOR ANIMALS; WILDEARTH GUARDIANS; NORTHERN CHEYENNE TRIBE; SIERRA CLUB; CENTER FOR BIOLOGICAL DIVERSITY; NATIONAL PARKS CONSERVATION ASSOCIATION; ALLIANCE FOR THE WILD ROCKIES; NATIVE ECOSYSTEMS COUNCIL; WESTERN WATERSHEDS PROJECT; ROBERT H. ALAND, <br><br>   Plaintiffs - Appellees, <br><br>v. | No. 18-36030 <br><br> D.C. Nos. <br><br> 9:17-cv-00089-DLC, <br> 9:17-cv-00117-DLC, <br> 9:17-cv-00118-DLC, <br> 9:17-cv-00119-DLC, <br> 9:17-cv-00123-DLC, <br> 9:18-cv-00016-DLC, <br><br> U.S. District Court for Montana, Missoula <br><br> **TIME SCHEDULE ORDER** |

UNITED STATES OF AMERICA; U.S. DEPARTMENT OF THE INTERIOR; RYAN K. ZINKE, Secretary, United States Department of the Interior; UNITED STATES FISH AND WILDLIFE SERVICE; JIM KURTH, Acting Director, United States Fish and Wildlife Service, or his Successor in Office; HILARY COOLEY, Grizzly Bear Recovery Coordinator,

   Defendants,

 and

STATE OF WYOMING,

 Intervenor-Defendant - Appellant.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Tue., December 18, 2018** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Fri., January 11, 2019** | Transcript shall be ordered. |
| **Mon., February 11, 2019** | Transcript shall be filed by court reporter. |
| **Fri., March 22, 2019** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

| | |
|---|---|
| **Mon., April 22, 2019** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

> FOR THE COURT:
>
> MOLLY C. DWYER
> CLERK OF COURT
>
> By: Ruben Talavera
> Deputy Clerk
> Ninth Circuit Rule 27-7