LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO
DARRELL G. EARLY
Chief, Natural Resources Division
STEVEN W. STRACK
 *Specially Admitted*
KATHLEEN E. TREVER
 *Specially Admitted*
Deputy Attorneys General
700 W. State Street, 2nd Floor
P.O. Box 83720
Boise, Id 83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8072
E-Mail:   steve.strack@ag.idaho.gov
          kathleen.trever@idfg.idaho.gov
*Attorneys for State of Idaho*

WILLIAMS LAW FIRM, P.C.
JAMES D. JOHNSON, ESQ.
235 E. Pine, P.O. Box 9440
Missoula, Montana 59807-9440
Telephone: (406) 721-4350
Fax: (406) 721-6037
E-Mail: james@wmslaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> STATE OF WYOMING, *et al.*, <br><br> *Defendant-Intervenors*. | CV-17-89-M-DLC <br><br> (Consolidated with Case Nos. <br> CV-17-117-M-DLC, <br> CV-17-118-M-DLC, <br> CV-17-119-M-DLC, <br> CV-17-123-M-DLC, <br> and CV-18-16-M-DLC, <br><br> DEFENDANT-INTERVENOR <br> STATE OF IDAHO'S <br> NOTICE OF APPEAL |

Notice is hereby given that Defendant-Intervenor State of Idaho hereby appeals to the United States Court of Appeals for the Ninth Circuit this Court's October 23, 2018, judgment (ECF No. 275), and this Court's September 24, 2018, Opinion and Order (ECF No. 266), which granted Plaintiffs' motions for summary judgment, denied Defendants' cross-motions for summary judgment, and vacated and remanded the Final Rule delisting the Greater Yellowstone Ecosystem grizzly bear.

The Representation statement required under Ninth Circuit Rules 3-2 and 12-2 is filed herewith.

The United States Court of Appeals for the Ninth Circuit has previously docketed the following related to the above-referenced case: (1) an appeal by the State of Wyoming as Case Number 18-36030; (2) an appeal by the National Rifle Association and Safari Club International as Case Number 18-36038; and an appeal/cross-appeal by Robert Aland as Case Numbers 18-36042 and 18-36050.

Respectfully submitted this  20th  day of December 2018.

/s/ James D. Johnson
James D. Johnson
WILLIAMS LAW FIRM, P.C.

LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO
Steven W. Strack
  *Specially Admitted*
Kathleen Trever
  *Specially Admitted*
Deputy Attorneys General
Natural Resources Division

  *Attorneys for State of Idaho*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this  20th   day of December, 2018, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the all attorneys of record to be served by electronic means.

/s/ James D. Johnson

James D. Johnson
WILLIAMS LAW FIRM, P.C.