JEAN E. WILLIAMS, Deputy Assistant Attorney General
COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
DEVON L. FLANAGAN, Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, Oregon 97204-2902
Tel: (503) 727-1023 | Fax: (503) 727-1117
Email: Coby.Howell@usdoj.gov
[Additional counsel on signature page]
***Attorneys for Federal Defendants***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Federal Defendants,<br><br>    and<br><br>STATE OF WYOMING, *et al.*,<br><br>    Defendant-Intervenors. | Case No. 9:17-cv-00089-M-DLC<br><br>Consolidated with Case Nos.:<br>CV 17-117-M-DLC;<br>CV 17-118-M-DLC;<br>CV 17-119-M-DLC;<br>CV 17-123-M-DLC; and<br>CV 18-016-M-DLC<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Federal Defendants in the above-captioned consolidated cases—the United States of America; Ryan Zinke, Secretary of the U.S. Department of the Interior; the U.S. Department of the Interior; Margaret Everson, Principal Deputy Director of the U.S. Fish and Wildlife Service;[1] Jim Kurth, Deputy Director of the U.S. Fish and Wildlife Service; the U.S. Fish and Wildlife Service; Hilary Cooley, Grizzly Bear Recovery Coordinator for the U.S. Fish and Wildlife Service—hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's October 23, 2018, Judgment (ECF 275) entered in the above-captioned consolidated cases and previous orders, including the District Court's March 13, 2018 Order (ECF 130), the August 30, 2018 Order (ECF 254), the September 13, 2018 Order (ECF 258), and the September 24, 2018 Order (ECF 266).

A Representation Statement is attached pursuant to Ninth Circuit Rule 3-2(b).

---

[1] Margaret Everson is automatically substituted for the former Acting Director of the U.S. Fish and Wildlife Service pursuant to Federal Rule of Civil Procedure 25.

DATED: December 21, 2018.

        Respectfully submitted,

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

        SETH M. BARSKY, Chief
        MEREDITH L. FLAX, Assistant Section Chief
        DEVON LEA FLANAGAN, Trial Attorney
        COBY HOWELL, Senior Trial Attorney
        U.S. Department of Justice
        c/o U.S. Attorney's Office
        1000 SW Third Avenue
        Portland, Oregon 97204-2902
        Tel: (503) 727-1023 | Fax: (503) 727-1117
        Email: Coby.Howell@usdoj.gov

        /s/ *Michael R. Eitel*
        MICHAEL R. EITEL, Senior Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        999 18th Street, South Terrace, Suite 370
        Denver, Colorado 80202
        Tel: (303) 844-1479 | Fax: (303) 844-1350
        Email: Michael.Eitel@usdoj.gov

OF COUNSEL:
Tyson Powell
Office of the Solicitor
Department of the Interior

## **CERTIFICATE OF SERVICE**

I certify that on December 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record.

*/s/ Michael R. Eitel*
MICHAEL R. EITEL
U.S. Department of Justice
