Steven P. Ruffatto
Joshua B. Cook
CROWLEY FLECK PLLP
490 North 31st Street
P.O. Box 2529
Billings, MT  59103
Telephone: (406) 255-7224
Fax: (406) 256-8526
sruffatto@crowleyfleck.com
jcook@crowleyfleck.com

Cody J. Wisniewski* (CO Bar No. 50415)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO  80227
Telephone: (303) 292-2021
Fax: (303) 292-1980
cody@mountainstateslegal.com
*Admitted Pro Hac Vice

(*Additional Counsel in Signature Block*)

*Attorneys for Defendant-Intervenors Wyoming Farm Bureau Federation; Wyoming Stock Growers Association; Charles C. Price; and W&M Thoman Ranches, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| CROW INDIAN TRIBE, *et al.*,<br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br>    *Defendants*,<br><br>and<br><br>STATE OF WYOMING, *et al.*,<br>    *Defendant-Intervenors*. | Case No. 9:17-cv-00089-DLC<br><br>(Consolidated with Case Nos. 9:17-cv-00117-DLC, 9:17-cv-00118-DLC, 9:17-cv-00119-DLC, 9:17-cv-00123-DLC, and 9:18-cv-00016-DLC)<br><br>**NOTICE OF APPEAL** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Defendant-Intervenors Wyoming Farm Bureau Federation; Wyoming

Stock Growers Association; Charles C. Price; and W&M Thoman Ranches, LLC, hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order, granting Plaintiffs' motions for partial summary judgment and motions for summary judgment, denying Defendant and Defendant-Intervenors' cross-motions for summary judgment, and vacating and remanding the Final Rule delisting the Greater Yellowstone Ecosystem grizzly bear, dated and entered September 24, 2018, ECF No. 266, and this Court's Judgment, dated and entered October 23, 2018, ECF No. 275.

DATED this 21st day of December 2018.

Respectfully submitted,

*/s/ Cody J. Wisniewski*
Cody J. Wisniewski* (CO Bar No. 50415)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, CO  80227
Telephone: (303) 292-2021
Fax: (303) 292-1980
cody@mountainstateslegal.com
*Admitted Pro Hac Vice*

Steven P. Ruffatto
Joshua B. Cook
CROWLEY FLECK PLLP
490 North 31st Street
P.O. Box 2529
Billings, MT  59103
Telephone: (406) 255-7224
Fax: (406) 256-8526
sruffatto@crowleyfleck.com
jcook@crowleyfleck.com

        Mark L. Stermitz
        CROWLEY FLECK PLLP
        205 South 4th Street East
        Missoula, MT  59801
        Telephone: (406) 523-3600
        Fax: (406) 523-3636
        mstermitz@crowleyfleck.com

*Attorneys for Wyoming Farm Bureau Federation; Wyoming Stock Growers Association; Charles C. Price; and W&M Thoman Ranches, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 21, 2018, I filed the forgoing document and its attachments with the Clerk of the Court using this Court's CM/ECF system, which will send notification to all counsel of record pursuant to Fed. R. Civ. P. 5 and D. Mont. L.R. 1.4(c)(2).

In addition, I hereby certify that, on December 21, 2018, the foregoing document and its attachments were served to Robert H. Aland, *pro se* Plaintiff, via electronic mail at rhaland@comcast.net.  Plaintiff Aland consented, in writing, to service via electronic mail, pursuant to Fed. R. Civ. P. 5(b)(2)(E).  *See* Case No. 9:18-cv-00016-DLC, ECF No. 40.

                                               */s/ Cody J. Wisniewski*
                                               Cody J. Wisniewski
                                               MOUNTAIN STATES LEGAL FOUNDATION