UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

*************************************************************************

| | |
|---|---|
| CROW INDIAN TRIBE, et al, | * |
| | * CIV. 17-CV-00089-DLC-JCL |
| Plaintiffs, | * |
| v. | * (Consolidated with Case Nos. |
| | * CV 17-117-M-DLC, |
| UNITED STATES OF AMERICA, et al, | * CV 17-118-M-DLC, |
| | * CV 17-119-M-DLC, and |
| Defendants, | * CV 17-123-M-DLC) |
| v. | * |
| | * **NOTICE OF CHANGE** |
| STATE OF WYOMING | * **OF FIRM NAME** |
| | * |
| Intervenor Defendant | * |

*************************************************************************

Pursuant to L.R. 5.3(a), notice is hereby given that effective April 1, 2019, Fredericks Peebles & Morgan LLP has changed its name to Fredericks Peebles & Patterson LLP. The firm's addresses, phone number, fax numbers, and email addresses, and those of its attorneys, have not been affected by this change.

Respectfully submitted this 8th day of April, 2019.

**FREDERICKS PEEBLES & PATTERSON LLP**

*s/   Jeffrey S. Rasmussen*
Jeffrey S. Rasmussen (*Pro Hac Vice*)
Katie D. Frayler (*Pro Hac Vice*)
Michael W. Holditch (*Pro Hac Vice*)
1900 Plaza Drive
Louisville, Colorado 80027
Telephone: (303) 673-9600
Facsimile: (303) 673-9155/9839
Email: jrasmussen@ndnlaw.com
Email: kfrayler@ndnlaw.com
Email: mholditch@ndnlaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of April 2019, a copy of the foregoing **NOTICE OF CHANGE OF FIRM NAME** was filed with the Clerk of the Court via the ECF filing system, with service upon the parties of record via ECF.

                                            *s/Jeffrey S. Rasmussen*
                                            Jeffrey S. Rasmussen