IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>        Federal Defendants.<br>   and<br><br>STATE OF WYOMING; et al.,<br><br>        Defendant-Intervenors. | CV 17–89–M–DLC<br><br>(Consolidated with Case Nos.<br>CV 17–117–M–DLC,<br>CV 17–118–M–DLC,<br>CV 17–119–M–DLC,<br>CV 17–123–M–DLC<br>and CV 18–16–M–DLC)<br><br>ORDER |

    On August 31, 2020, the Ninth Circuit's mandate issued returning jurisdiction to this Court. The Court now enters orders consistent with the Ninth Circuit's opinion affirming in part and remanding in part. (*See* Doc. 298 at 47.)

    IT IS ORDERED that the Court VACATES that portion of its decision requiring the Fish and Wildlife Service ("FWS") to conduct a "comprehensive review" of the remnant grizzly population. (Doc. 266 at 29.)

    IT IS FURTHER ORDERED that, consistent with the Ninth Circuit's opinion (Doc. 298), the Court remands to the FWS for further examination of the delisting's effect on the remnant grizzly population.

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment for Plaintiffs and against Defendants and Intervenor-Defendants' on the parties respective cross-motions for summary judgment and close the case. (*See* Doc. 266 at 47–48.)

DATED this 1st day of September, 2020.

Dana L. Christensen, District Judge
United States District Court