UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al. <br><br> Federal Defendants. <br><br> and <br><br> STATE OF WYOMING, et al., <br><br> Defendant-Intervenors. | Case No. CV-17-89-M-DLC <br><br> JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and against Defendants and Intervenor-Defendants' on the parties respective cross-motions for summary judgment.

    Dated this 1st day of September, 2020.



                                           TYLER P. GILMAN, CLERK
                                           By: /s/ A.S. Goodwin
                                           A.S. Goodwin, Deputy Clerk