Kristine M. Akland
Akland Law Firm, PLLC
317 E. Spruce St.
P.O. Box 7274
Missoula, MT 59807
aklandlawfirm@gmail.com
Telephone: (406) 544-9863

Nicholas M. Arrivo
The Humane Society of the United States
1255 23rd St. NW, Suite 450
narrivo@humanesociety.org
Telephone: (202) 676-2339
Admitted *pro hac vice*

Counsel for Plaintiffs in CV 17-117-M-DLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*, <br> and <br><br> STATE OF WYOMING, *et al.* <br><br> *Defendant-Intervenors*. | CV-17-00089-M-DLC <br><br> [Consolidated with: CV-17-117-M-DLC; CV-17-118-M-DLC; CV-17-119-M-DLC; CV-17-123-M-DLC] <br><br> **MOTION OF PLAINTIFFS THE HUMANE SOCIETY OF THE UNITED STATES, ET AL. FOR ATTORNEYS' FEES AND COSTS** |

Pursuant to this Court's September 10, 2020 Order (Dkt. 308), Plaintiffs the Humane Society of the United States ("HSUS") and the Fund for Animals (collectively, "HSUS Plaintiffs") respectfully move for an award of attorneys' fees and costs under the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g)(4), in the amount of $221,800.88. This figure includes recovery of attorneys' fees and costs for litigation of this matter both in this Court and before the Ninth Circuit Court of Appeals, which transferred consideration of all attorneys' fees and costs to this Court (Dkt. 307). This motion is supported by the accompanying memorandum of points and authorities, and the declarations and exhibits attached thereto.

HSUS Plaintiffs and other plaintiffs in this consolidated matter intend to file a joint and unopposed motion to stay all briefing on this Motion pending settlement discussions with Federal Defendants.

Respectfully submitted this 15th day of September, 2020.

**/s/ Nicholas M. Arrivo**
Nicholas M. Arrivo
The Humane Society of the United States
1255 23rd St. NW, Suite 450
Washington, DC 20037
(202) 676-2339
narrivo@humanesociety.org

Kristine M. Akland
Akland Law Firm, PLLC
317 E. Spruce St.
P.O. Box 7274
Missoula, MT 59807
aklandlawfirm@gmail.com

*Counsel for Plaintiffs*
*The Humane Society of the United States*
*and The Fund for Animals*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2020, I electronically filed the foregoing Motion and attached documents through the District of Montana CM/ECF system, causing it to be served on all counsel of record.

I further certify that I served on this date the foregoing Motion and attached documents via electronic mail to the *pro se* case participant below, who is not registered in the District of Montana CM/ECF system:

Robert H. Aland
140 Old Green Bay Road
Winnetka, IL 60093-1512

**/s/ Kristine M. Akland**
Kristine M. Akland
Akland Law Firm, PLLC
317 E. Spruce St.
P.O. Box 7274
Missoula, MT 59807
aklandlawfirm@gmail.com

*Counsel for Plaintiffs*
*The Humane Society of the United States*
*and The Fund for Animals*
