IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>   Federal Defendants.<br>and<br><br>STATE OF WYOMING; et al.,<br><br>   Defendant-Intervenors. | CV 17–89–M–DLC<br><br>(Consolidated with Case Nos.<br>CV 17–117–M–DLC,<br>CV 17–118–M–DLC,<br>CV 17–119–M–DLC,<br>CV 17–123–M–DLC<br>and CV 18–16–M–DLC)<br><br>ORDER |

Before the Court is Plaintiffs' Second Joint Motion to Stay Briefing on Plaintiffs' Motions for Attorneys' Fees and Costs. (Doc. 327.) Plaintiffs request a second 45-day extension to continue to explore settlement of this matter. (*Id.*)

IT IS ORDERED that the Motion (Doc. 327) is GRANTED. Plaintiffs shall have 45 days to continue settlement discussions prior to notifying the Court of the parties' intended path forward as outlined in the motion.

DATED this 3rd day of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court