Timothy J. Preso
Earthjustice
313 East Main Street
Bozeman, MT 59715
(406) 586-9699 | Phone
(406) 586-9695 | Fax
tpreso@earthjustice.org

*Counsel for Plaintiffs Sierra Club, Center for Biological Diversity, and National Parks Conservation Association and Local Counsel for Plaintiff Northern Cheyenne Tribe*

Matthew K. Bishop
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Tel: 406-324-8011
bishop@westernlaw.org

*Counsel for Plaintiff, WildEarth Guardians*

Beth Baldwin
Ziontz Chestnut
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
(206) 448-1230 | Phone
(206) 448-0962 | Fax
bbaldwin@ziontzchestnut.com

*Counsel for Plaintiff Northern Cheyenne Tribe*

COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
DEVON L. FLANAGAN, Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, Oregon 97204-2902
Tel: (503) 727-1023 | Fax: (503) 727-1117
Email: Coby.Howell@usdoj.gov

*Counsel for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE, et al., | Case No. CV 17-89-M-DLC |
| Plaintiffs, | (consolidated with Case Nos. CV 17-117-M-DLC, |
| v. | CV 17-118-M-DLC, CV 17-119-M-DLC, and |
| UNITED STATES OF AMERICA, et al., | CV 17-123-M-DLC) |
| Federal Defendants, | **JOINT STATUS REPORT** |
| and | |
| STATE OF WYOMING, et al. | |
| Defendant-Intervenors. | |

Pursuant to this Court's Order of November 3, 2020, Plaintiffs Northern Cheyenne Tribe, et al. in Case No. CV 17-119-M-DLC; Plaintiff WildEarth Guardians in Case No. CV 17-118-M-DLC; and Federal Defendants hereby provide their Joint Status Report concerning Plaintiffs' pending motions for attorneys' fees and costs (ECF Nos. 310 and 313).

After further negotiation, the parties to this Joint Status Report have been unable to reach a settlement to resolve Plaintiffs' motions. Accordingly, the parties propose that the Court establish a briefing schedule for litigation of

Plaintiffs' motions.  Specifically, the parties request that this Court order briefing pursuant to the following schedule, which was developed in recognition of the upcoming winter holidays and undersigned counsels' other existing litigation obligations in the first quarter of 2021:

1. Plaintiffs shall file updated and revised motions for an award of attorneys' fees and costs (along with new supporting memoranda, declarations, timesheets, and other supporting materials) by **January 29, 2021**.

2. Federal Defendants shall file their responses to Plaintiffs' motions by **February 26, 2021**.

3. Plaintiffs shall file their replies in support of their motions by **March 19, 2021**.

A proposed order accompanies this Joint Status Report.

Respectfully submitted this 16th day of December, 2020.

/s/ Timothy J. Preso
Timothy J. Preso
Earthjustice
313 East Main Street
Bozeman, MT  59715
(406) 586-9699 | Phone
(406) 586-9695 | Fax

*Counsel for Plaintiffs Northern Cheyenne Tribe, et al.*

/s/ Matthew Bishop
Matthew K. Bishop
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
Tel: 406-324-8011
bishop@westernlaw.org

*Counsel for Plaintiff, WildEarth Guardians*

/s/ Coby Howell
COBY HOWELL, Senior Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
DEVON L. FLANAGAN, Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, Oregon 97204-2902
Tel: (503) 727-1023 | Fax: (503) 727-1117
Email: Coby.Howell@usdoj.gov

*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was today served via the Court's CM/ECF system on all counsel of record.

/s/ Timothy J. Preso