IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Federal Defendants. <br> and <br><br> STATE OF WYOMING; et al., <br><br> Defendant-Intervenors. | CV 17–89–M–DLC <br><br> (Consolidated with Case Nos. <br> CV 17–117–M–DLC, <br> CV 17–118–M–DLC, <br> CV 17–119–M–DLC, <br> CV 17–123–M–DLC <br> and CV 18–16–M–DLC) <br><br> ORDER |

 Before the Court is the parties' Joint Status Report. (Doc. 329.) The parties indicate that settlement talks have failed, and they request the Court impose the following briefing schedule. (*Id.*)

 IT IS ORDERED that the parties shall adhere to the following schedule:

 1. Plaintiffs shall file updated and revised motions for an award of attorneys' fees and costs (along with new supporting memoranda, declarations, timesheets, and other supporting materials) by January 29, 2021.

 2. Federal Defendants shall file their responses to Plaintiffs' motions by

February 26, 2021.

    3.   Plaintiffs shall file their replies in support of their motions by March 19, 2021.

DATED this 17th day of December, 2020.

_____
Dana L. Christensen, District Judge
United States District Court