IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>　　　　　Federal Defendants.<br>　and<br><br>STATE OF WYOMING; et al.,<br><br>　　　　　Defendant-Intervenors. | CV 17–89–M–DLC<br><br>(Consolidated with Case Nos.<br>CV 17–117–M–DLC,<br>CV 17–118–M–DLC,<br>CV 17–119–M–DLC,<br>CV 17–123–M–DLC<br>and CV 18–16–M–DLC)<br><br>ORDER |

　　　On December 29, 2020, this Court ordered Plaintiff Robert H. Aland to show cause as to why his motion for costs should not be dismissed with prejudice for failing to respond to the Court's deadline for a status update.  (Doc. 337.) Aland responded, consenting to the dismissal of his motion (Doc. 325) with prejudice.  (Doc. 338.)  Accordingly,

　　　IT IS ORDERED that Aland's Motion (Doc. 325) is DISMISSED with prejudice.

DATED this 11th day of January, 2021.

_____
Dana L. Christensen, District Judge
United States District Court