IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Federal Defendants. <br> and <br><br> STATE OF WYOMING; et al., <br><br> Defendant-Intervenors. | CV 17–89–M–DLC <br><br> (Consolidated with Case Nos. <br> CV 17–117–M–DLC, <br> CV 17–118–M–DLC, <br> CV 17–119–M–DLC, <br> CV 17–123–M–DLC <br> and CV 18–16–M–DLC) <br><br> ORDER |

Before the Court is Plaintiffs Alliance for the Wild Rockies et al.'s Notice of Satisfaction and Withdrawal of Motion for Attorneys' Fees and Costs. (Doc. 352.) Having received payment pursuant to the settlement agreement (Doc. 334), Alliance seeks dismissal of its pending fees motion (Doc. 309).

IT IS ORDERED that Alliance's Motion (Doc. 309) is DISMISSED with prejudice.

-1-

DATED this 22nd day of February, 2021.

_____
Dana L. Christensen, District Judge
United States District Court