IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>　　　　Federal Defendants.<br>　and<br><br>STATE OF WYOMING; et al.,<br><br>　　　　Defendant-Intervenors. | CV 17–89–M–DLC<br><br>(Consolidated with Case Nos.<br>CV 17–117–M–DLC,<br>CV 17–118–M–DLC,<br>CV 17–119–M–DLC,<br>CV 17–123–M–DLC<br>and CV 18–16–M–DLC)<br><br>ORDER |

　　　Before the Court is Plaintiffs Crow Indian Tribe's Notice of Satisfaction. (Doc. 362.)  Having received payment pursuant to the settlement agreement, Crow Indian Tribe seeks dismissal of its pending fees motion (Doc. 323).

　　　IT IS ORDERED that Crow Indian Tribe's Motion (Doc. 323) is DISMISSED with prejudice.

　　　DATED this 5th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court