IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CROW INDIAN TRIBE; et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>　　　　　Federal Defendants.<br>　and<br><br>STATE OF WYOMING; et al.,<br><br>　　　　　Defendant-Intervenors. | CV 17–89–M–DLC<br><br>(Consolidated with Case Nos.<br>CV 17–117–M–DLC,<br>CV 17–118–M–DLC,<br>CV 17–119–M–DLC,<br>CV 17–123–M–DLC<br>and CV 18–16–M–DLC)<br><br>ORDER |

　　　Before the Court is Plaintiffs Northern Cheyenne Tribe, et al.'s Motion to Clarify Order Awarding Attorneys' Fees and Costs. (Doc. 365.) Northern Cheyenne asks this Court to clarify that its prior order (awarding Northern Cheyenne the full amount it requested in attorneys' fees and costs) meant to include fees incurred during briefing on its fees motion ("fees on fees"). Northern Cheyenne is correct that the Court erroneously omitted Northern Cheyenne's total for fees on fees when it tallied the final amount Northern Cheyenne was entitled to. Accordingly,

IT IS ORDERED that the Motion (Doc. 365) is GRANTED. The Court clarifies that Northern Cheyenne is entitled to an award of fees on fees in the amount of $32,525, in addition to the previously awarded amounts of $354,606 for litigation of the merits and $1,428.50 in costs, for a total award of $388,559.50.

DATED this 29th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court